

No. 11–0653/AF.  U.S. v. Ross A.J. Stenerson.  CCA S31864.

On consideration of the motions filed by Major Andrew J. Unsicker to withdraw from representation as Appellate Defense Counsel in the above cases, it appears that the Judge Advocate General has assigned another counsel to represent the Appellants and that new counsel have assumed representation of said Appellants. Accordingly, it is ordered that said motions are hereby granted.

No. 11–0583/NA.  U.S. v. Michael D. King, Jr.  CCA 201000406.  Appellant's motion to withdraw the joint appendix and substitute a corrected version is granted.

No. 11–0677/AR.  U.S. v. David T. Bishop.  CCA 20090746.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 19, 2011.